IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                  CRIMINAL NO. 1:06cr35LG-JMR-02

TIMOTHY O'NEAL JONES, JR.

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1)     The sentence is reduced from 135 months to 108 months;

(2)     All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 30th day of June, 2008.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Louis Guirola, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

AGREED:

　　/s/John A. Meynardie　　　　　　　　　　　　/s/ *George L. Lucas*
ASSISTANT U.S. ATTORNEY　　　　　　　　　DEFENSE COUNSEL